# EXHIBIT A

US00D566875S

(12) **United States Design Patent** (10) Patent No.: **US D566,875 S**

Khubani (45) Date of Patent: ** Apr. 15, 2008

(54) **COMBINED PORTABLE, MOUNTABLE LIGHT AND HOLDER THEREFORE**

(76) Inventor: **Ajit Khubani**, 55 Chestnut Ridge Rd., Saddle River, NJ (US) 07458

(**) Term: **14 Years**

(21) Appl. No.: **29/262,619**

(22) Filed: **Jul. 6, 2006**

(51) LOC (8) Cl. .................................................. **26-05**
(52) U.S. Cl. ...................................................... **D26/72**
(58) **Field of Classification Search** ........... D26/60–68, D26/72–92, 123, 152; 362/47, 431, 432, 362/282, 40, 414, 253, 806, 217–225, 298, 362/410, 418, 419, 427, 269, 275, 150, 237, 362/404–406, 430, 555, 800
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,592,322 A | 7/1926 | Adams |
| 2,144,745 A | 1/1939 | Soreng |
| 2,152,187 A | 3/1939 | Graubner |
| 2,389,762 A | 11/1945 | Burke |
| 2,457,665 A | 12/1948 | Harjes |
| 2,457,666 A | 12/1948 | Harjes |
| 2,478,129 A | 8/1949 | Powell |
| 2,530,069 A | 11/1950 | Moore |
| D169,960 S * | 7/1953 | Brill .......................... D23/366 |
| D170,188 S * | 8/1953 | Flood .......................... D26/85 |

(Continued)

OTHER PUBLICATIONS

"Coleman: Product—Kryton Table Lamp", 1 page, <http://www.coleman.com>, Jun. 6, 2006.
"Poynter Products Inc.: Product—Uncle Fester's Mystery Light Bulb", 2 pages, <http://www.spookshows.com>, 1965.

(Continued)

*Primary Examiner*—Clare E Heflin
*Assistant Examiner*—Barbara Fox

(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57) **CLAIM**

The ornamental design for a combined portable, mountable light and holder therefore, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of the combined portable, mountable light and holder therefore showing my new design;
FIG. **2** is a bottom view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a side view thereof;
FIG. **6** is the other side view thereof;
FIG. **7** is a perspective view thereof;
FIG. **8** is a top view of the bulb and base thereof with the holder removed for illustrative purposes only;
FIG. **9** is a bottom view of the bulb and base thereof;
FIG. **10** is a front view of the bulb and base thereof;
FIG. **11** is a back view of the bulb and base thereof;
FIG. **12** is a side view of the bulb and base thereof;
FIG. **13** is the other side view of the bulb and base thereof;
FIG. **14** is a perspective view of the bulb and base thereof;
FIG. **15** is a top view of the holder thereof with the bulb and base removed for illustrative purposes only;
FIG. **16** is a bottom view of the holder thereof;
FIG. **17** is a front view of the holder thereof;
FIG. **18** is a back view of the holder thereof;
FIG. **19** is a side view of the holder thereof;
FIG. **20** is the other side view of the holder thereof; and,
FIG. **21** is a perspective view of the holder thereof.
The broken lines in FIGS. **1–21** are for illustrative purposes and form no part of the claimed design.

**1 Claim, 17 Drawing Sheets**



EXHIBIT 4
PAGE 17

# US D566,875 S
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,658,135 | A | 11/1953 | Woolfolk |
| D175,007 | S * | 6/1955 | Bentsen ...................... D26/87 |
| 2,732,486 | A | 1/1956 | Osowski |
| 3,125,300 | A | 3/1964 | Roche |
| 3,201,742 | A | 8/1965 | English |
| 3,222,513 | A | 12/1965 | De Feo |
| 3,757,107 | A * | 9/1973 | Peasley ..................... 362/186 |
| 3,950,727 | A | 4/1976 | Smith |
| 4,079,243 | A | 3/1978 | Pemberton |
| 4,099,222 | A | 7/1978 | Cornell et al. |
| 4,186,429 | A | 1/1980 | Johnston |
| 4,322,782 | A | 3/1982 | Wong |
| 4,385,346 | A * | 5/1983 | Spicer ........................ 362/382 |
| 4,414,611 | A | 11/1983 | Seltzer et al. |
| 4,620,177 | A | 10/1986 | Hatanaka et al. |
| 4,692,845 | A | 9/1987 | Widhalm et al. |
| 4,866,580 | A | 9/1989 | Blackerby |
| 5,028,911 | A | 7/1991 | Wanat et al. |
| 5,077,643 | A | 12/1991 | Leach |
| 5,544,022 | A | 8/1996 | Blackard |
| 5,820,254 | A | 10/1998 | Duenas |
| 6,007,216 | A | 12/1999 | Donnelly |
| D434,512 | S * | 11/2000 | Yuen ........................... D26/37 |
| D436,196 | S * | 1/2001 | Chan et al. ................... D26/37 |
| 6,461,010 | B1 | 10/2002 | Knight et al. |
| 6,982,518 | B2 | 1/2006 | Chou et al. |
| 7,014,459 | B2 | 3/2006 | Long |
| 7,036,627 | B2 | 5/2006 | Costa et al. |
| D544,388 | S * | 6/2007 | Chisholm .................. D10/114 |
| 2002/0067611 | A1 | 6/2002 | Yaeger |
| 2002/0145868 | A1 | 10/2002 | Barton |
| 2004/0105279 | A1* | 6/2004 | Liu et al. .................... 362/555 |
| 2005/0018421 | A1* | 1/2005 | Parsons ..................... 362/196 |
| 2005/0270770 | A1 | 12/2005 | Warrender et al. |

## OTHER PUBLICATIONS

"Poynter Products Inc.: Product—Uncle Fester's Mystery Light Bulb", 1 page, <http://www.autographsmovieposters.com>, 1965.
"Promopeddler: Product—Yellow LED—Light Bulb Shape Magnetic Backed Button With A LED Flashing Light", 1 page, <http://www.promopeddler.com>, May 3, 2006.
"Taylor Gifts: Product—Cordless Jumbo Lightbulb", 3 pages, <http://www.taylorgifts.com>, Sep. 29, 2006.

* cited by examiner

EXHIBIT A
PAGE 20

**U.S. Patent**          Apr. 15, 2008          Sheet 1 of 17          US D566,875 S



F I G. 1

EXHIBIT A
PAGE 21

**U.S. Patent**          Apr. 15, 2008          Sheet 2 of 17          US D566,875 S



F I G. 2

EXHIBIT _A_

PAGE _22_

**U.S. Patent**      Apr. 15, 2008      Sheet 3 of 17      US D566,875 S



F I G. 3

EXHIBIT A
PAGE 23

**U.S. Patent**     Apr. 15, 2008     Sheet 4 of 17     US D566,875 S



F I G. 4

EXHIBIT A
PAGE 24

**U.S. Patent**     Apr. 15, 2008     Sheet 5 of 17     **US D566,875 S**



F I G. 5

EXHIBIT 4
PAGE 25



F I G. 6

EXHIBIT 4
PAGE 26

**U.S. Patent**      Apr. 15, 2008      Sheet 7 of 17      US D566,875 S



F I G. 7

EXHIBIT _A_
PAGE 27

**U.S. Patent**      Apr. 15, 2008      Sheet 8 of 17      US D566,875 S



F I G. 8

EXHIBIT A
PAGE 28



F I G. 9

EXHIBIT A
PAGE 29

**U.S. Patent**     Apr. 15, 2008     Sheet 10 of 17     US D566,875 S



F I G. 10

EXHIBIT A
PAGE 30



F I G. 11

EXHIBIT A
PAGE 31

**U.S. Patent**       Apr. 15, 2008       Sheet 12 of 17       US D566,875 S



F I G. 12

EXHIBIT A
PAGE 32



F I G. 13

EXHIBIT A
PAGE 33



F I G. 14



F I G. 15



F I G. 16



F I G. 17



F I G. 18



F I G. 19



F I G. 20

EXHIBIT A
PAGE 36



F I G. 21

EXHIBIT *A*
PAGE 37

EXHIBIT B

US00D583495S

(12) **United States Design Patent**
Khubani

(10) **Patent No.:**  **US D583,495 S**
(45) **Date of Patent:**  ** **Dec. 23, 2008**

(54) **PORTABLE LIGHT BULB**

(76) Inventor: **Ajit Khubani**, 55 Chestnut Ridge Rd.,
Saddle River, NJ (US) 07458

(**) Term: **14 Years**

(21) Appl. No.: **29/301,203**

(22) Filed: **Feb. 15, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 29/262,619, filed on
Jul. 6, 2006, now Pat. No. Des. 566,875.

(51) **LOC (8) Cl.** ................................................ **26-05**
(52) **U.S. Cl.** ...................................................... **D26/72**
(58) **Field of Classification Search** ............ D26/60–68,
D26/72–93, 123, 152, 113, 1, 2, 3, 51, 138,
D26/142; 362/47, 431, 432, 282, 40, 414,
362/253, 806, 217–225, 298, 410, 418, 419,
362/427, 269, 275, 150, 237, 404–406, 430,
362/555, 800, 191, 473, 362, 368, 326, 334,
362/335, 337, 351, 358; 313/113, 128, 129,
313/130, 131, 315, 318
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D47,241 | S | 4/1915 | Cosgrave |
| D67,751 | S * | 7/1925 | Gunther ..................... D23/356 |
| 1,592,322 | A | 7/1926 | Adams |
| D83,397 | S | 2/1931 | Hall |
| D88,499 | S | 12/1932 | Bettencourt |
| D88,591 | S | 12/1932 | Wack |
| 2,144,745 | A | 1/1939 | Soreng |
| 2,152,187 | A | 3/1939 | Graubner |
| D131,951 | S * | 4/1942 | Biller ....................... D26/138 |
| 2,389,762 | A | 11/1945 | Burke |
| 2,457,665 | A | 12/1948 | Harjes |
| 2,457,666 | A | 12/1948 | Harjes |
| 2,478,129 | A | 8/1949 | Powell |
| 2,530,069 | A | 11/1950 | Moore |
| D169,960 | S | 1/1953 | Brill et al. |
| D170,188 | S | 8/1953 | Flood |
| 2,658,135 | A | 11/1953 | Woolfolk |
| D175,007 | S | 6/1955 | Bentsen |
| 2,732,486 | A | 1/1956 | Osowski |
| 3,125,300 | A | 3/1964 | Roche |
| 3,201,742 | A | 8/1965 | English |
| 3,222,513 | A | 12/1965 | De Feo |

(Continued)

OTHER PUBLICATIONS

"Coleman: Product - Kryton Table Lamp", 1 page, <http://www.
coleman.com>, Jun. 6, 2006.

(Continued)

*Primary Examiner*—Clare E Heflin
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57) **CLAIM**

The ornamental design for a portable light bulb, as shown and
described.

**DESCRIPTION**

FIG. 1 is a top view of a portable light bulb showing my new
design.

FIG. 2 is a bottom view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a back view thereof;

FIG. 5 is a side view thereof;

FIG. 6 is the other side view thereof; and,

FIG. 7 is a perspective view thereof.

The broken lines in FIGS. 1–7 are for illustrative purposes
and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**US D583,495 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D221,893 S | * | 9/1971 | Peasley ........................ D26/85 |
| D225,370 S | * | 12/1972 | Peasley ........................ D26/85 |
| 3,757,107 A | | 9/1973 | Peasley |
| D228,795 S | * | 10/1973 | Peasley ........................ D26/85 |
| 3,950,727 A | | 4/1976 | Smith |
| 4,032,774 A | * | 6/1977 | Spicer ........................ 362/382 |
| 4,079,243 A | | 3/1978 | Pemberton |
| 4,099,222 A | | 7/1978 | Cornell et al. |
| 4,186,429 A | | 1/1980 | Johnston |
| 4,320,439 A | | 3/1982 | Wiley |
| 4,385,346 A | | 5/1983 | Spicer |
| 4,414,611 A | | 11/1983 | Seltzer et al. |
| 4,533,982 A | | 8/1985 | Kozar |
| 4,620,177 A | | 10/1986 | Hatanaka et al. |
| 4,692,845 A | | 9/1987 | Widhalm et al. |
| 4,866,580 A | | 9/1989 | Blackerby |
| D307,806 S | * | 5/1990 | Byar et al. ................... D26/37 |
| 5,028,911 A | | 7/1991 | Wanat et al. |
| 5,077,643 A | | 12/1991 | Leach |
| 5,136,475 A | | 8/1992 | McDermott |
| D335,718 S | * | 5/1993 | Maglica ..................... D26/138 |
| 5,388,741 A | | 2/1995 | Hillinger |
| 5,446,345 A | | 8/1995 | Halabi et al. |
| 5,544,022 A | | 8/1996 | Blackard |
| D388,395 S | * | 12/1997 | Henrici ..................... D13/134 |
| 5,820,254 A | | 10/1998 | Duenas |
| D401,367 S | | 11/1998 | DeLay |
| D408,938 S | * | 4/1999 | Miyatake ..................... D26/87 |
| 5,984,495 A | | 11/1999 | Roberts et al. |
| D417,653 S | | 12/1999 | Henrici |
| 6,007,216 A | | 12/1999 | Donnelly |
| D431,319 S | * | 9/2000 | Hiller et al. ................ D26/142 |
| D434,512 S | | 11/2000 | Yuen |
| D436,196 S | | 1/2001 | Chan et al. |
| D437,070 S | | 1/2001 | Swensson et al. |
| D439,001 S | * | 3/2001 | Pan ............................ D26/87 |
| 6,461,010 B1 | | 10/2002 | Knight et al. |
| 6,626,555 B2 | | 9/2003 | Yaeger |
| 6,923,551 B2 | | 8/2005 | Galli |
| 6,932,186 B2 | | 8/2005 | Costa et al. |
| 6,982,518 B2 | | 1/2006 | Chou et al. |
| 7,014,459 B2 | | 3/2006 | Long |
| 7,036,627 B2 | | 5/2006 | Costa et al. |
| D544,388 S | | 6/2007 | Chisolm |
| D563,588 S | * | 3/2008 | Mullen ........................ D26/85 |
| D569,030 S | | 5/2008 | Lee |
| 2002/0067622 A1 | | 6/2002 | Walck et al. |
| 2002/0145868 A1 | | 10/2002 | Barton |
| 2004/0105279 A1 | | 6/2004 | Liu et al. |
| 2004/0252494 A1 | | 12/2004 | Parsons et el. |
| 2005/0018420 A1 | | 1/2005 | Parsons |
| 2005/0018421 A1 | | 1/2005 | Parsons |
| 2005/0270770 A1 | | 12/2005 | Warrender et al. |
| 2007/0211481 A1 | | 9/2007 | Cooper et al. |
| 2007/0291477 A1* | | 12/2007 | Khubani ..................... 362/191 |

### OTHER PUBLICATIONS

"Poynter Products Inc.: Product- Uncle Fester's Mystery Light Bulb", 2 pages, <http://www.spookshows.com>, 1967.
"Poynter Products Inc.: Product- Uncle Fester's Mystery Light Bulb", 1 page, <http://www.autographsmovieposters.com>, 1965.
"Promopeddler: Product- Yellow LED- Light Bulb Shape Magnetic Backed Button With A LED Flashing Light", 1 page, <http://www.promopeddler.com>, May 3, 2006.
"Taylor Gifts: Product - Cordless Jumbo Lightbulb", 3 pages, <http://www.taylorgifts.com>, Sep. 29, 2006.

* cited by examiner

EXHIBIT B
PAGE 39

**U.S. Patent**          Dec. 23, 2008          Sheet 1 of 7          US D583,495 S



# F I G . 1

EXHIBIT B
PAGE 40

**U.S. Patent**     Dec. 23, 2008     Sheet 2 of 7     US D583,495 S



# FIG. 2

EXHIBIT B
PAGE 47

**U.S. Patent**          Dec. 23, 2008          Sheet 3 of 7          US D583,495 S



# F I G . 3

EXHIBIT _B_
PAGE _42_

**U.S. Patent**      Dec. 23, 2008      Sheet 4 of 7      US D583,495 S



FIG. 4

EXHIBIT *B*
PAGE *43*



F I G. 5

EXHIBIT B
PAGE 44

**U.S. Patent**     Dec. 23, 2008     Sheet 6 of 7     US D583,495 S



F I G. 6

EXHIBIT B
PAGE 45

**U.S. Patent**     Dec. 23, 2008     Sheet 7 of 7     US D583,495 S



F I G. 7

EXHIBIT B
PAGE 96

EXHIBIT C

US00D583989S

(12) **United States Design Patent**
Khubani

(10) **Patent No.:**    **US D583,989 S**
(45) **Date of Patent:**    ** Dec. 30, 2008**

(54) **HOLDER FOR A MOUNTABLE LIGHT BULB**

(76) Inventor: **Ajit Khubani**, 55 Chestnut Ridge Rd.,
Saddle River, NJ (US) 07458

(**) Term:    **14 Years**

(21) Appl. No.: **29/301,206**

(22) Filed:    **Feb. 15, 2008**

**Related U.S. Application Data**

(63) Continuation of application No. 29/262,619, filed on
Jul. 6, 2006, now Pat. No. Des. 566,875.

(51) **LOC (8) Cl.** ...............................................   **26-99**
(52) **U.S. Cl.** ...................................................   **D26/138**
(58) **Field of Classification Search** ...........   D26/60–68,
D26/72–92, 123, 152, 113, 138; 362/47,
362/431, 432, 282, 40, 414, 253, 806, 217–225,
362/298, 410, 418, 419, 427, 269, 275, 150,
362/237, 404–406, 430, 555, 800, 191, 473,
362/362, 368; 431/112
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D47,241 S | * | 4/1915 | Cosgrave | D13/134 |
| D83,397 S | * | 2/1931 | Hall | D26/92 |
| D88,499 S | * | 12/1932 | Bettencourt | D26/92 |
| D88,591 S | * | 12/1932 | Wack | D26/92 |
| 2,144,745 A | | 1/1939 | Soreng | |

(Continued)

OTHER PUBLICATIONS

"Coleman: Product - Kryton Table Lamp", 1 page, [http://www.coleman.com], Jun. 6, 2006.

(Continued)

*Primary Examiner*—Clare E Heflin
*Assistant Examiner*—Barbara Fox
(74) *Attorney, Agent, or Firm*—Cooper & Dunham LLP

(57)    **CLAIM**

The ornamental design for a holder for a mountable light bulb, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of a holder for a mountable light bulb showing my new design.

FIG. **2** is a bottom view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a back view thereof;

FIG. **5** is a side view thereof;

FIG. **6** is the other side view thereof; and,

FIG. **7** is a perspective view thereof.

The broken lines in FIGS. **1–7** are for illustrative purposes and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



EXHIBIT C
PAGE 47

# US D583,989 S
Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,152,187 | A | 3/1939 | Graubner | |
| D131,951 | S | 4/1942 | Biller | |
| 2,389,762 | A | 11/1945 | Burke | |
| 2,478,129 | A | 8/1949 | Powell | |
| 2,530,069 | A | 11/1950 | Moore | |
| D169,960 | S | 7/1953 | Brill et al. | |
| D170,188 | S | 8/1953 | Flood | |
| 2,658,135 | A | 11/1953 | Woolfolk | |
| D175,007 | S | 6/1955 | Bentsen | |
| 2,732,486 | A | 1/1956 | Osowski | |
| 3,125,300 | A | 3/1964 | Roche | |
| 3,201,742 | A | 8/1965 | English | |
| 3,222,513 | A | 12/1965 | De Feo | |
| D221,893 | S | 9/1971 | Peasley | |
| D225,370 | S | 12/1972 | Peasley | |
| 3,757,107 | A | 9/1973 | Peasley | |
| D228,795 | S | 10/1973 | Peasley | |
| 3,950,727 | A | 4/1976 | Smith | |
| 4,032,774 | A | 6/1977 | Spicer | |
| 4,079,243 | A | 3/1978 | Pemberton | |
| 4,099,222 | A | 7/1978 | Cornell et al. | |
| 4,186,429 | A | 1/1980 | Johnston | |
| 4,320,439 | A * | 3/1982 | Wiley | 362/3 |
| 4,385,346 | A | 5/1983 | Spicer | |
| 4,414,611 | A | 11/1983 | Seltzer et al. | |
| 4,533,982 | A | 8/1985 | Kozar | |
| 4,620,177 | A | 10/1986 | Hatanaka et al. | |
| 4,692,845 | A | 9/1987 | Widhalm et al. | |
| 4,866,580 | A | 9/1989 | Blackerby | |
| D307,806 | S | 5/1990 | Byar et al. | |
| 5,028,911 | A | 7/1991 | Wanat et al. | |
| 5,077,643 | A | 12/1991 | Leach | |
| 5,136,475 | A | 8/1992 | McDermott | |
| D335,718 | S | 5/1993 | Maglica et al. | |
| 5,388,741 | A * | 2/1995 | Hillinger | 224/679 |
| 5,446,345 | A | 8/1995 | Halabi et al. | |
| 5,544,022 | A | 8/1996 | Blackard | |
| D388,395 | S | 12/1997 | Henrici | |
| 5,820,254 | A | 10/1998 | Duenas | |
| D401,367 | S * | 11/1998 | DeLay | D26/26 |
| D408,938 | S | 4/1999 | Miyatake | |
| 5,984,495 | A | 11/1999 | Roberts et al. | |
| D417,653 | S * | 12/1999 | Henrici | D13/134 |
| 6,007,216 | A | 12/1999 | Donnelly | |
| D431,319 | S | 9/2000 | Hiller et al. | |
| D434,512 | S | 11/2000 | Yuen | |
| D436,196 | S | 1/2001 | Chan et al. | |
| D437,070 | S * | 1/2001 | Swensson et al. | D26/59 |
| D439,001 | S | 3/2001 | Pan | |
| 6,461,010 | B1 | 10/2002 | Knight et al. | |
| 6,626,555 | B2 | 9/2003 | Yaeger | |
| 6,923,551 | B2 | 8/2005 | Galli | |
| 6,932,186 | B2 | 8/2005 | Costa et al. | |
| 7,014,459 | B2 | 3/2006 | Long | |
| 7,036,627 | B2 | 5/2006 | Costa et al. | |
| D544,388 | S * | 6/2007 | Chisholm | D10/114 |
| D563,588 | S | 3/2008 | Mullen | |
| D569,030 | S * | 5/2008 | Lee | D26/85 |
| 2002/0067611 | A1 * | 6/2002 | Yaeger | 362/184 |
| 2002/0067622 | A1 | 6/2002 | Walck et al. | |
| 2002/0145868 | A1 | 10/2002 | Barton | |
| 2004/0105279 | A1 | 6/2004 | Liu et al. | |
| 2004/0252494 | A1 * | 12/2004 | Parsons et al. | 362/191 |
| 2005/0018420 | A1 * | 1/2005 | Parsons | 362/190 |
| 2005/0018421 | A1 | 1/2005 | Parsons | |
| 2005/0270770 | A1 | 12/2005 | Warrender et al. | |
| 2007/0211481 | A1 * | 9/2007 | Cooper et al. | 362/392 |
| 2007/0291477 | A1 | 12/2007 | Khubani | |

## OTHER PUBLICATIONS

"Taylor Gifts: Product - Cordless Jumbo Lightbulb", 3 pages, [http://www.taylorgifts.com], Sep. 29, 2006.

* cited by examiner

EXHIBIT C
PAGE 48

**U.S. Patent**          Dec. 30, 2008          Sheet 1 of 3          US D583,989 S



F I G. 1



F I G. 2

EXHIBIT C
PAGE 49

**U.S. Patent**          Dec. 30, 2008          Sheet 2 of 3          **US D583,989 S**



FIG. 3



FIG. 4





FIG. 5                              FIG. 6

EXHIBIT C
PAGE 50



F I G. 7

EXHIBIT C
PAGE 54

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1−365−639**

EFFECTIVE DATE OF REGISTRATION

**SEP 11 2006**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

StickUp Bulb Packaging

**NATURE OF THIS WORK ▼** See instructions

Product packaging with text and images

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**

Telebrands Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___United States___
Domiciled in ___United States___

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☑ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**   2006   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**   Complete this information ONLY if this work has been published.   Month ___July___   Day ___11___   Year ___2006___
___United States___   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Telebrands Corporation
79 Two Bridges Road, Fairfield, NJ 07004

See instructions before completing this space.

**APPLICATION RECEIVED**
SEP 11 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 11 2006
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
  • See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages


EXHIBIT D
PAGE 52

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert T. Maldonado, Esq.
Cooper & Dunham LLP
1185 Avenue of the Americas. New York. NY 10036

Area code and daytime telephone number   ( 212 ) 278-0400                    Fax number   ( 212 )391-0525

Email   RMaldonado@cooperdunham.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { 
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Telebrands Corporation**
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert T. Maldonado                                             Date   8 September 2006

Handwritten signature (X) ▼

x   _Robert T. Maldonado_

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
Robert T. Maldonado, Esq., Cooper & Dunham LLP

**Number/Street/Apt ▼**
1185 Avenue of Americas

**City/State/ZIP ▼**
New York, New York  10036

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full   Rev 07/2006   Print 07/2006—30,000   Printed on recycled paper                    US Government Printing Office 2004-390-959/60,125



# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGI   **PA 1-330-556**

EFFECTIVE DATE OF REGISTRATION

**SEP 13 2006**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

STICK UP BULB Commercial

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

\*

## 2

**a** NAME OF AUTHOR ▼
Telebrands Corp

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____ USA
Domiciled in New Jersey

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
2006   Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month June   Day 29   Year 2006
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Telebrands Corp
79 Two Bridges Road
Fairfield, New Jersey 07004

See instructions before completing this space

APPLICATION RECEIVED
SEP 13 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 13 2006
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT E

**\*Deposit is a motion picture**

| EXAMINED BY $CP$ | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼ If your answer is No  do not check box A, B or C
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work  as shown by space 6 on this application.
If your answer is  Yes  give  Previous Registration Number ▼              Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**6** a

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6** b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                              Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/Zip▼
Peter D  Murray, Esq
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

**7** b

Area code and daytime telephone number  ( 212) 278-0400        Fax number  ( 212) 391-0525
Email  pdmurray@cooperdunham com

**CERTIFICATION**  I  the undersigned  hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Telehrands Corp.
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Peter D  Murray                                              Date  9/12/06
Handwritten signature (X) ▼
x  Peter D Murray

| Certificate will be mailed in window envelope to this address | Name ▼ Peter D. Murray, Esq  Cooper & Dunham LLP  Number/Street/Apt ▼ 1185 Avenue of the Americas  City/State/Zip ▼ New York, NY 10036 | **9** |

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form PA  F 1  Rev 07/2006  Print 07/2006 —  000  P  Printed on recycled paper                              U S Government Printing Office 2005  xx  xx/00 xxx

EXHIBIT E

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI ▶

**TX 6 - 419 - 906**

TX0006419906

EFFECTIVE DATE OF REGISTRATION

Sep  18  2006
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

STICK UP BULB Website (www.stickupbulb com)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared,    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a  Telebrands Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶  USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes  see detailed instructions

**NOTE**

Under the law, the author of a work made for hire is generally the employer  not the employee (see instruc tions)  For any part of this work that was made for hire check Yes in the space provided  give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ~~Website, including~~ ~~television, commercial, video  and free Offer Wallet Light Offer~~ and photographs Text

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed

c  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

a  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ▼ in all cases
2006  ◀ Year

b  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶ 1  Year ▶ 2006
Nation ▶ USA  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the  laimant is the same as the author given in space 2 ▼

Telebrands Corporation
79 Two Bridges Road
Fairfield, NJ 07004

APPLICATION RECEIVED
SEP 1 8 2006
ONE DEPOSIT RECEIVED
SEP 1 8 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
                     See detailed instructions     Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages



EXHIBIT F
PAGE 56

*Amended by CO Authority Telephone Call
on 9/21/06 with Peter D Murray

| | |
|---|---|
| EXAMINED BY | **KMA** |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | |

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box )▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                         Account Number ▼

Cooper & Dunham LLP                            DA 038 423

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name / Address / Apt / City / State / Zip ▼

Peter D  Murray, Esq
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

Area code and daytime telephone number ▶ 212-278-0400          Fax number ▶  212-391-0525

Email ▶ pdmurray@cooperdunham com

b

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the

Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of — **Telebrands Corporation**
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Peter D  Murray                                    Date ▶ 9/15/06

Handwritten signature (X) ▼

X  Peter D Murray

**Certificate will be mailed in window envelope to this address**

Name ▼ Peter D  Murray, Esq
Cooper & Dunham LLP
Number/Street/Apt ▼
1185 Avenue of the Americas
City/State/ZIP ▼
New York, NY 10036

**9**

17 USC § 506(e)  Any person who knowingly  makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Form TX  Full  Rev 07/2006  Pri 1 07/2006 — 30 000 - Printed on recycled paper                                US Government Printing Office  2004-330-945/60 122

**EXHIBIT  E**

EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-523-651**

EFFECTIVE DATE OF REGISTRATION

4      5      07
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
StickUp Bulb Instructions III – ✱

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Telebrands Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Product instructions with text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2006  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ July  Day ▶ 11  Year ▶ 2006
United States  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Telebrands Corporation
79 Two Bridges Road
Fairfield, New Jersey  07004

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 05 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
APR 05 2007
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages



*Amended by CO per phone call with
Peter D. Murray, Esq. on April 10,2007.

| EXAMINED BY | MU | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR.<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶        Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a  6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a  7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Peter D. Murray, Esq.
Cooper & Dunham LLP
1185 Avenue of the Americas  New York, New York 10036

**b**

Area code and daytime telephone number ▶ 212-278-0400        Fax number ▶ 212-278-0525

Email ▶
pdmurray@cooperdunham.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Telebrands Corporation**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Peter D. Murray        Date ▶ April 4, 2007

Handwritten signature ▼

*Peter D. Murray*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ Peter D. Murray, Esq.<br>Cooper & Dunham LLP | • Complete all necessary spaces<br>• Sign your application in space 8 | **9** |
|---|---|---|---|
| | Number/Street/Apt ▼<br>1185 Avenue of the Americas | 1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material | |
| | City/State/Zip ▼<br>New York, NY 10036 | Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX—Full  Rev: 11/2006  Print: 11/2006—50,000  Printed on recycled paper        U.S. Government Printing Office: 2006-xx-xxx/60,xxx

EXHIBIT 6
PAGE 65

EXHIBIT H



EXHIBIT H



EXHIBIT 4
PAGE 61

Now you can have light wherever and whenever you need it with the Stick Up Bulb™... just peel and stick! Add light to closets, basements, work sheds, and garages... virtually anywhere you need it... instantly, without costly electrical wiring. Even use it when camping or in boats and RVs. And when stormy weather causes power outages, the Stick Up Bulb is ready with plenty of light.

The Stick Up Bulb is shatter proof and cool to the touch making it safe around children and pets.

## Directions:
· Select a location that is clean and dry. When positioning the Holder, leave adequate space to slide in the bulb unit.

**Bulb Holder Installation:**
· Peel off the paper to stick back and press unit firmly to clean flat surface.

*(Optional Screw and Anchor Installation: Use enclosed screws and anchors to mount to plaster or drywall. Anchors are not necessary if mounted directly on wood or directly into beam.)*

· Insert 4 AA Alkaline batteries in the battery compartment. Then slide bulb base into holder.
· Pull cord to turn light on and off. Turn off light after use to extend battery life.

**BULB REPLACEMENT:** Unscrew the bulb housing and replace it with the replacement bulb included in package.

**BATTERY REPLACEMENT:** When light becomes dim or will no longer turn on, replace batteries with 4 AA Alkaline batteries. DO NOT MIX NEW AND OLD BATTERIES AND BE CERTAIN TO DISPOSE OF OLD BATTERIES ACCORDING TO STATE REGULATIONS.

**AC Adapter:** Use only optional Stick Up Bulb™ AC Adapter (not included - See insert enclosed for order details) Use of any other adapter will void warranty and may result in damage of product.

**WARNING:** The use of The Stick Up Bulb™ is limited to intended consumer use. This product is not a toy. Keep out of reach of children. Screws, anchors, and bulbs may be accidentally swallowed, and children should be kept away from pull cords to avoid strangulation.



EXHIBIT H
PAGE 63



EXHIBIT H
PAGE 64



# EXHIBIT I




| | | |
|---|---|---|
| **PRODUCT** Stick Up Bulb | | **LENGTH** :120 |
| **MARKET** Boston, MA | | **STATION** NECN |
| **PROGRAM** Local News | | **DATE** 02/03/2007 |
| **CODE #** 070202142 | | **TIME** 06:10 PM |
| **TITLE** 2 and a/$10 | | **REV OF #** 060502804 |



FEMALE ANNCR:  Are there places in your home where you wish you had a light but you don't?  (MUSIC IN) ANTHONY SULLIVAN:  Hi, Anthony



Sullivan here for the wireless Stick Up Lightbulb, a battery operated lightbulb that you can install without an electrician. (GFX: NO ELECTRICIAN NEEDED!, STICK ON BASE)



Just stick up the base, slide in the bulb and you've got light.  It's that easy.  There's no wires and no



complicated installation.  Now you can have light anytime, anyplace,



anywhere.  Just stick it up, pull the cord and you've got light.  The Stick Up Bulb



is safe for kids and it easily puts light within their reach. (GFX:  SAFE FOR KIDS)



Unlike glass bulbs that break, the Stick Up Bulb is shatter proof if you drop it.  There's no dangerous wires to mess with either.  (GFX:  SHATTER PROOF!, X)



The Stick Up Bulb installs instantly, stays cool to the touch an has a ten year guarantee.



Around the house or on the car, don't use hot clip on lights when you can use the Stick Up Bulb.



The Stick Up Bulb is perfect for attics and basements.  Have a closet that needs illumination?



Use the Stick Up Bulb.  Just stick it up and you've got light.



Use one anywhere you need extra light.

---

**VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS**

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

1500 Broadway, 6th Floor, New York, NY 10036  T  212 736 2010

EXHIBIT




| | |
|---|---|
| **PRODUCT** Stick Up Bulb | **LENGTH** :120 |
| **MARKET** National | **STATION** MSNBC |
| **PROGRAM** The Situation With Tucker | **DATE** 05/04/2006 |
| **CODE #** 060502804 | **TIME** 01:04 |
| **TITLE** 2 and a Flashlight For $19.99 | |



FEMALE ANNCR: Are there places in your home where you wish you had a light but you don't? (MUSIC IN) ANTHONY SULLIVAN: Hi Anthony



Sullivan here for the wireless Stick Up Lightbulb, a battery operated lightbulb that you can install



without an electrician. (GFX: STICK ON BASE) Just stick up the base,



slide in the bulb and you've got light. It's that easy. There's no wires and no complicated installation.



Now you can have light anytime, anyplace, anywhere. Just stick it up, pull the cord and you've got light. (GFX: ANYTIME ANYPLACE ANYWHERE)



The Stick Up Bulb is safe for kids and it easily puts light within their reach. (GFX: SAFE FOR KIDS)



Unlike glass bulbs that break, the Stick Up Bulb is shatter proof if you drop it. (GFX: SHATTER PROOF!)



There's no dangerous wires to mess with either. The Stick Up Bulb installs instantly, stays cool to the touch and each bulb



lasts up to ten years. (GFX: LAST 10 YEARS!)



Around the house or on the car, don't use hot clip on lights when you can use the Stick Up Bulb.



The Stick Up Bulb is perfect for attics and basements. Have a closet that needs illumination?



Use the Stick Up Bulb. Just stick it up and you've got light.

_____VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS_____

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

1500 Broadway, 6th Floor, New York, NY 10036  T  212 736 2010



| | |
|---|---|
| **PRODUCT** Stick Up Bulb | **LENGTH** :120 |
| **MARKET** National | **STATION** MSNBC |
| **PROGRAM** The Situation With Tucker | **DATE** 05/04/2006 |
| **CODE #** 060502804 | **TIME** 01:04 |
| **TITLE** 2 and a Flashlight For $19.99 | |



Use one anywhere you need extra light.



Nothing's easier to fit underneath the kitchen counter and



they're perfect inside for a tool shed if you don't have power.



Use them outside as a wireless light for decks or patios and they're



great for camping and RVs. If the power goes out you can depend on the power



of the Stick Up Bulb. And each one slides out to become a handy lantern. This electrician charged $180 to install



one light bulb. Call now and you'll get the wireless Stick Up Bulb for just $19.99. But that's not all, we'll also include the Shake Activated Flashlight. A $20 value, (GFX: $20 VALUE)



yours free, just pay separate shipping and handling. Never worry about dead batteries again. Just shake the light and it shines. (GFX: SHAKE IT AND SHINE!)



But call right now and we'll throw in a second Stick Up Bulb free. That's two wireless Stick Up Bulbs and the Shake Activated Flashlight,



a $60 value all for just



$19.99. Here's how to order.



MALE ANNCR: Call 1-800-936-9848 and order Stick Up Bulb at this special TV price of just $19.99. This offer is not available in stores so call 1-800-936-9848. Call now. (MUSIC OUT)

**VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS**

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

1500 Broadway, 6th Floor, New York, NY 10036  T  212 736 2010

EXHIBIT



| | |
|---|---|
| **PRODUCT** Stick Up Bulb | **LENGTH** :120 |
| **MARKET** Boston, MA | **STATION** NECN |
| **PROGRAM** Local News | **DATE** 02/03/2007 |
| **CODE #** 070202142 | **TIME** 06:10 PM |
| **TITLE** 2 and a/$10 | **REV OF #** 060502804 |



Nothings easier to fit underneath the kitchen counter and



they're perfect inside for a tool shed if you don't have power. Use them outside as a wireless light



for decks or patios and they're



great camping and RVs. If the power goes out, you can depend on the power



of the Stick Up Bulb. And each one slides out to become a handy lantern.



This electrician charged $180 to install one light bulb. Call now and you'll get the wireless



Stick Up Bulb for just ten dollars. But call right now and we'll



throw in a second Stick Up Bulb free, just pay separate shipping and handling.



That's two wireless Stick Up Bulbs all for just ten dollars. Here's how to order.



MALE ANNCR: Call 1-800-470-7176 and order Stick Up Bulb for a new and special



low price of only ten dollars and you'll also get a second Stick Up Bulb for free. That's 1-800-470-7176, 1-800-470-7176.



This offer is not available in any retail store so use your credit card and call 1-800-470-7176 now. (MUSIC OUT)

_____ **VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS** _____

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

1500 Broadway, 6th Floor, New York, NY 10036  T  212 736 2010

EXHIBIT F
PAGE 69

# EXHIBIT J

| Chart 1 - Images Depicting Infringement of Design Patent D566,875 by Max Sales | |
|---|---|
| **D566,875** | **Max Sales' Infringing Product** |
|   FIG. 1 |  |
|   FIG. 2 |  |

1



FIG. 3

FIG. 4

FIG. 5

2

EXHIBIT J
PAGE 71



FIG. 6

3

EXHIBIT J
PAGE 72

| Chart 2 - Images Depicting Infringement of Design Patent D583,495 by Max Sales | |
|---|---|
| **D583,495** | **Max Sales' Infringing Product** |
| <br>FIG. 1 |  |
| <br>FIG. 2 |  |

4



FIG. 3

FIG. 4

FIG. 5

5

EXHIBIT J
PAGE 74



FIG. 6

6

EXHIBIT
PAGE

| Chart 3 - Images Depicting Infringement of Design Patent D583,989 by Max Sales | |
|---|---|
| **D583,989** | **Max Sales' Infringing Product** |
| \nFIG.1 |  |
| \nFIG.2 |  |
| \nFIG.3 |  |
| \nFIG.4 |  |

7

EXHIBIT J



FIG. 5

FIG. 6

8

EXHIBIT J
PAGE 77

# EXHIBIT K





EXHIBIT K.
PAGE 79







EXHIBIT K
PAGE 82