1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TELEBRANDS CORP., | Case No. CV 09-1140 JFW (RZx) |
|---|---|
| Plaintiff, | **PRELIMINARY INJUNCTION** |
| vs. | |
| MAX SALES GROUP, INC., | **Hon. John F. Walter** |
| Defendant. | |

The Court having read and considered the papers supporting and opposing the motion of Plaintiff Telebrands Corp. ("Telebrands") for an order of preliminary injunction, as well as the argument of counsel, the Court issues a preliminary injunction as follows against Defendant Max Sales Group, Inc. ("Max Sales"), and incorporates its findings of fact and conclusions of law set forth in the Court's March 11, 2009 Minute Order (Docket Entry No. 22).

### **ORDER**

Therefore, **IT IS ORDERED** that Telebrands' Motion for Preliminary Injunction is granted, and that, pending a final resolution of this action:

CHRISTIE, PARKER & HALE, LLP

-1-

Defendant, its partners, agents, servants, employees, attorneys and those persons in active concert with it, are enjoined from infringing the '875 Patent, the '495 Patent, and the '989 Patent, the Copyrighted Works, the '708 Registration and packaging trade dress of the STICKUP BULB product, and specifically:

(1) from infringing the '875 Patent, the '495 Patent, and/or the '989 Patent;

(2) from importing, manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling any materials that are substantially similar to Telebrands' Copyrighted Works;

(3) from making, having made, distributing, advertising, promoting, selling and offering for sale a light bulb shaped lamp in packaging which copies or imitates the distinctive trade dress of Telebrands' STICKUP BULB product packaging; and

(4) from using in any manner the STICKUP BULB mark or the STICKUP BULB packaging trade dress or any other names, marks or trade dress that so resemble the STICKUP BULB mark and packaging trade dress as to be likely to cause confusion, deception or mistake, on or in connection with the manufacture, advertising, offering for sale or sale of any product that is not Telebrands' and that is not authorized by Telebrands to be provided in connection with the STICKUP BULB mark or STICKUP BULB packaging trade dress.

This preliminary injunction shall become effective upon Telebrands' posting of security (e.g., a bond or cash in lieu of bond) in the amount of $20,000.

**IT IS SO ORDERED**.

Dated: March 19, 2009

Honorable John F. Walter
U.S. District Court Judge

CHRISTIE, PARKER & HALE, LLP