JS-6
Note Change by Court
**CC: Fiscal – Funds in Reg**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEBRANDS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MAX SALES GROUP, INC., <br><br> Defendant. | Case No.  CV 09-1140 JFW (RZx) <br><br> **JUDGMENT** <br><br> **Hon. John F. Walter** |

Plaintiff, Telebrands Corp. ("Telebrands"), having filed a Complaint against Defendant Max Sales Group, Inc. ("Max Sales"), Max Sales having filed a Third Party Complaint against CBB Group, Inc. ("CBB"), and the parties having resolved this matter by entry into a Settlement and Mutual Release Agreement ("the Agreement"), the terms of which are incorporated herein, and having consented to the entry of this Judgment and Order, it is hereby ORDERED that:

(1) Max Sales, CBB, their respective owners, shareholders, officers, directors, agents, servants, employees and attorneys, those persons directly or indirectly controlled by them, and those persons in active concert or participation with them, and those who receive actual notice of this Order by personal service or otherwise, are hereby

1  permanently enjoined from infringing U.S. Patent Nos. D566,875,
2  D583,495 and/or D583,989, in any manner, including, but not limited
3  to manufacturing, having manufactured, displaying, distributing,
4  selling, offering for sale, promoting, importing and/or advertising any
5  product that contains a design that is copied from or substantially
6  similar to the patented designs, including, without limitation, the
7  Accused Product, as shown in Exhibit A.

8  (2) Max Sales, CBB, their respective owners, shareholders, officers,
9  directors, agents, servants, employees and attorneys, those persons
10 directly or indirectly controlled by them, and those persons in active
11 concert or participation with them, and those who receive actual
12 notice of this Order by personal service or otherwise, are hereby
13 permanently enjoined from infringing Telebrands' copyrighted works,
14 as evidenced in U.S. Copyright Registration Nos. VA 1-365-639, PA
15 1-330-556, TX 6-419-906 and/or TX 6-523-651 (collectively
16 "Copyrighted Works"), including, but not limited to manufacturing,
17 having manufactured, displaying, distributing, selling, offering for
18 sale, promoting, importing and/or advertising any product that
19 contains substantial material copied from and substantially similar to
20 the Copyrighted Works, including, without limitation, the Accused
21 Product, as shown in Exhibit A ("Accused Product").

22 (3) Max Sales, CBB, their respective owners, shareholders, officers,
23 directors, agents, servants, employees and attorneys, those persons
24 directly or indirectly controlled by them, and those persons in active
25 concert or participation with them, and those who receive actual
26 notice of this Order by personal service or otherwise, are hereby
27 permanently enjoined from manufacturing, having manufactured,
28 displaying, distributing, selling, offering for sale, promoting,

CHRISTIE, PARKER & HALE, LLP

importing and/or advertising the Accused Product in the packaging shown in Exhibit A or any colorable variations thereof.

(4) Max Sales, CBB, their respective owners, shareholders, officers, directors, agents, servants, employees and attorneys, those persons directly or indirectly controlled by them, and those persons in active concert or participation with them, and those who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from manufacturing, having manufactured, displaying, distributing, selling, offering for sale, promoting, importing and/or advertising any product under the mark STICKUP BULB or any colorable variation of the mark STICKUP BULB.

(5) Max Sales, CBB, their respective owners, shareholders, officers, directors, agents, servants, employees and attorneys, those persons directly or indirectly controlled by them, and those persons in active concert or participation with them, and those who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from using the phrase "As Seen On TV" in connection with the advertising, marketing, offering for sale, and/or sale of the Accused Product.

(6) This action is hereby dismissed without prejudice as to Third Party Defendant Ningbo First Rank International Co. Ltd. only.

(7) Except as provided in the Agreement, each party shall bear its own attorneys' fees and costs of suit.

Dated: December 30, 2009

_____
The Honorable John F. Walter
U.S. District Court Judge

CHRISTIE, PARKER & HALE, LLP